CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 17 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| AUBREY DION GOODEN, a.k.a. A.D. GOODEN-EL, | ) ) ) | CASE NO. 7:13CV00245 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **FINAL ORDER** |
| WILLIAM W. MUSE, ET AL., | ) ) | By: Glen E. Conrad Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion for sanctions (ECF No. 20), based on a prison official's failure to collect the filing fee, is **DISMISSED** as without merit, as the court had not yet ordered collection of the fee to commence; and this action is stricken from the active docket of the court.

ENTER: This 17th day of December, 2013.

/s/ Glen Conrad
Chief United States District Judge